UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD HOWARD TURPIN,

    Petitioner,

v.

RON HAYNES,

    Respondent.

CASE NO. C18-474-TSZ-BAT

**ORDER DENYING MOTION TO COMPEL DISCOVERY AND TO SUPPLEMENT THE RECORD**

The Court **DENIES** without prejudice Petitioner's motion to compel discovery and supplement the record. Dkt. 7. The motion is premature because the habeas petition has not yet been served.

DATED this 6th day of April, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge