UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD HOWARD TURPIN,<br><br>                Petitioner,<br><br>    v.<br><br>RON HAYNES,<br><br>                Respondent. | CASE NO. C18-474 TSZ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION EXTENDING TIME TO FILE TRAVERSE** |

The Court GRANTS the stipulated motion for an extension, Dkt. 22, and ORDERS:

1. Petitioner's traverse is due October 8, 2018.

2. The Clerks shall renote the matter for October 12, 2018 as ready for the Court's consideration.

DATED this 21st day of August, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
EXTENDING TIME TO FILE TRAVERSE - 1