UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD H. TURPIN,

        Petitioner,

v.

RON HAYNES,

        Respondent.

C18-474 TSZ

ORDER

Having reviewed Petitioner's Petition for Writ of Habeas Corpus, docket no. 5, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, docket no. 26, Petitioner's Objections to the R&R, docket no. 27, Respondent's Response, docket no. 28, and the balance of the record, the Court ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation.
2. Petitioner's 28 U.S.C. § 2254 habeas petition is DISMISSED with prejudice and Petitioner's application to proceed *in forma pauperis* is DENIED.
3. Petitioner is DENIED issuance of a certificate of appealability.

ORDER - 1

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

Dated this 14th day of February, 2019.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2